JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND AND BOARD OF TRUSTEES OF SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN, INC.<br><br>Defendant. | CASE NO. 2:15-CV-01070-AB-JC<br><br>JUDGMENT |

This Court having granted the motion for default judgment by Plaintiffs, Southern California Lumber Industry Retirement Fund and Board of Trustees of

---

Southern California Lumber Industry Retirement Fund, by order dated June 12, 2015 [Doc. #17],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiffs against Defendant Northwestern, Inc., in the following amount: $3,707,266.00, plus prejudgment interest in the amount of $41,592.48, attorney's fees in the amount of $78,577.17, and costs in the amount of $683.80.

**IT IS SO ORDERED.**

Dated: June 23, 2015                    _____

                                        The Honorable André Birotte Jr.